UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  4:17 MJ 95 DDN |
| ) | |
| JUAN THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO CONTINUE PRELIMINARY AND REMOVAL HEARING

COMES Now Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, Assistant United States Attorney for said District, and respectfully request that the Preliminary and Removal Hearing be continued to March 15, 2017. In support the government states as follows:

The Court set the Detention Hearing, Preliminary Hearing and the Removal Hearing for March 8, 2017.  The Government requests that the Detention Hearing be held as scheduled, but the Preliminary Hearing and the Removal Hearing be continued to March 15, 2017, to allow the U.S. Attorney's Office in the Southern District of New York to present their case to their grand jury for consideration.

WHEREFORE, the Government would respectfully request that the Preliminary Hearing and Removal Hearing be continued to March 15, 2017.

>Respectfully submitted,
>
>RICHARD G. CALLAHAN
>United States Attorney
>
>/s/ Howard J. Marcus
>HOWARD J. MARCUS, 29756MO
>Assistant United States Attorney
>111 S. 10th Street, Room 20.333
>St. Louis, Missouri 63102
>(314) 539-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

>/s/ Howard J. Marcus
>HOWARD J. MARCUS, #29756MO